```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 17517
   KEITH E SWINDLE
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-4182


----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/04/04 and confirmed on 07/16/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  40577.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
----------------------------------------------------------------------
BANK ONE DELAWARE NA       SECURED          1672.21         .00        1672.21
GMAC PAYMENT CENTER        SECURED         12000.00         .00       12000.00
SNAP ON CREDIT             SECURED          1835.00      121.76        1835.00
RESURGENT CAPITAL SERVIC   UNSECURED         249.79         .00         249.79
CAPITAL ONE FINANCIAL      UNSECURED         144.27         .00         144.27
ECAST SETTLEMENT CORPORA   UNSECURED       11549.42         .00       11549.42
ECAST SETTLEMENT CORPORA   UNSECURED        2570.19         .00        2570.19
MBNA AMERICA               UNSECURED      NOT FILED         .00            .00
SNAP ON CREDIT             UNSECURED          30.29         .00          30.29
GMAC PAYMENT CENTER        UNSECURED        3352.84         .00        3352.84
BANK ONE DELAWARE NA       UNSECURED        1872.86         .00        1872.86
CAPITAL ONE FINANCIAL      UNSECURED         515.99         .00         515.99
         Summary of disbursements:
----------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED   15507.21          .00     20285.65         .00      35792.86
PRINCIPAL PAID       15507.21          .00     20285.65         .00      35792.86
INTEREST PAID          121.76          .00          .00         .00        121.76
TOTAL PAID           15628.97          .00     20285.65         .00      35914.62
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00
and was paid $    330.00   direct and $   2370.00   through the plan.

The Trustee received $   1796.37 .

Refunds to the Debtor totaled $    496.01 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 04 B 17517 KEITH E SWINDLE
```